

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

(512) 463-1312

February 15, 2019

Jodie Slater Hastings
Standly | Hamilton, LLP
325 N. St. Paul Street, Suite 3300
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

Ms. Harriet O'Neill
Law Office of Harriet O'Neill, P.C.
919 Congress Ave., Suite 1400
Austin, TX 78701-2114
* DELIVERED VIA E-MAIL *

Mr. Michael P. Lynn
Lynn Pinker Cox & Hurst LLP
2100 Ross Ave., Suite 2700
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

RE:  Case Number:  18-0189
     Court of Appeals Number:  05-17-01154-CV
     Trial Court Number:  DC-08-13797

Style:  IN RE RSR CORPORATION AND QUEMETCO METALS LIMITED, INC.

Dear Counsel:

Today the Supreme Court of Texas issued a per curiam opinion in the above-referenced cause. The stay order issued March 12, 2018 is lifted. You may obtain a copy of the opinion through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

---

cc:    Ms. Lisa Matz (DELIVERED VIA E-MAIL)
Mr. David S. Coale (DELIVERED VIA E-MAIL)
Mr. Adrian Garcia (DELIVERED VIA E-MAIL)
Mr. Andrés Correa (DELIVERED VIA E-MAIL)
Ms. Amy Warr (DELIVERED VIA E-MAIL)
District Clerk Dallas County (DELIVERED VIA E-MAIL)
Mr. Douglas W. Alexander (DELIVERED VIA E-MAIL)
Mr. Jeremy A. Fielding (DELIVERED VIA E-MAIL)